UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SALAZAR,<br><br>               Plaintiff,<br><br>   v.<br><br>SULLIVAN, et al.,<br><br>              Defendants.       / | CASE NO.   1:09-CV-02264-MJS (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF NO. 16) |

     Plaintiff Eddie Salazar is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's First Amended Complaint on December 5, 2011, found that it failed to state a cognizable claim, and gave Plaintiff leave to file a second amended complaint by February 7, 2012. (ECF Nos. 11, 12, 13.) The February 7, 2012 deadline passed without Plaintiff filing a second amended complaint.

-1-

The Court issued an Order to Show Cause on March 2, 2012 requiring that by March 16, 2012, Plaintiff file a second amended complaint or show cause as to why his case should not be dismissed for failure to comply with a Court order and failure to state a claim. (ECF No. 16.) In response, Plaintiff filed a motion for extension of time to file his second amended complaint, which the Court granted extending time to April 9, 2012. (ECF Nos. 17, 18.)

Plaintiff has been granted an extension of time to file his second amended complaint. Accordingly the Court hereby **DISCHARGES** the Order to Show Cause filed March 2, 2012. (Plaintiff is advised he may expect no more extensions of time.)

IT IS SO ORDERED.

Dated:   March 13, 2012          /s/ *Michael J. Seng*
ci4d6                            UNITED STATES MAGISTRATE JUDGE