1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SALAZAR, | CASE No. 1:09-cv-2264-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING DEFENDANTS' MOTION TO DISMISS |
| v. | (ECF Nos. 26, 36) |
| SULLIVAN, et al., | |
| Defendants. | |

_____/

        On December 31, 2009, Plaintiff Eddie Salazar, a state prisoner proceeding pro

se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.

(ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to

28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the

Eastern District of California.

-1-

On February 1, 2013, Findings and Recommendation were filed in which the Magistrate Judge recommended that Defendants' Motion to Dismiss (ECF No. 26) be denied. (ECF No. 36.)

The parties were notified that objection, if any, was due within fourteen days after service. No party filed an objection to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Court adopts the Findings and Recommendation filed February 1, 2013, (ECF No. 36) in full; and

2.    Defendants' Motion to Dismiss (ECF No. 26) is DENIED.

IT IS SO ORDERED.

Dated:    March 20, 2013
                                                   _____

                                                   SENIOR DISTRICT JUDGE

-2-