UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>SULLIVAN, et al.,<br><br>    Defendants. | Case No. 1:09-cv-02264-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' REQUEST TO SEAL DOCUMENTS AND GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF Nos. 42, 52, & 53)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds against Defendants Schwartz, Kalvelage, and Arnold on Plaintiff's Fourteenth Amendment Equal Protection claim. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On January 16, 2015, the Magistrate Judge issued Findings and Recommendations to deny Defendants' request to seal documents and to grant Defendants' motion for summary judgment. (ECF No. 53.) Neither party filed objections and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations (ECF No. 53), filed January 16, 2015, in full;
2. Defendants' request to seal documents (ECF No. 52), filed September 26, 2014, is DENIED;
3. Defendants' motion for summary judgment (ECF No. 42), filed on February 20, 2014, is GRANTED; and
4. The Clerk of the Court shall terminate all pending motions, enter judgment, and close the case.

IT IS SO ORDERED.

Dated:   February 12, 2015                          _____
                                                    SENIOR DISTRICT JUDGE

2